AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-cR-1284 ~~KWR~~ DHU |
| JESSIE DOMINGUEZ | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JESSIE DOMINGUEZ                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 9: 18 U.S.C. § 1951: Interference with Commerce by Robbery; 18 U.S.C. § 2: Aiding and Abetting;
Counts 10 and 12: 18 U.S.C. § 924(c)(1)(A)(ii): Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, and Possessing and Brandishing a Firearm in Furtherance of Such Crime; 18 U.S.C. § 2: Aiding and Abetting;
Count 11: 18 U.S.C. § 2119(1): Carjacking; 18 U.S.C. § 2: Aiding and Abetting;

Date:   09/10/2024

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico        Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/11/2024, and the person was arrested on *(date)* 9/11/2024
at *(city and state)* Albuquerque, NM.

Date: 9/11/2024

*Arresting officer's signature*

*Printed name and title*

Already in USMS custody